UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SYLVIO MAURICE,
Petitioner,

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; *et al.*,
Respondents.

Case No.: 26-cv-5286-BJC-JLB

**ORDER SETTING BRIEFING SCHEDULE AND ISSUING STAY OF REMOVAL**

**[ECF No. 1]**

The Court adopts the Standard Procedures for this Immigration Habeas Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated: October 5, 2026

Honorable Benjamin J. Cheeks
United States District Judge